UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LA CARRIERS, LLC | Civil Action No. 13-592 |
| VERSUS | Judge _____ |
| BORDELON MARINE, LLC | Magistrate _____ |

COMPLAINT FOR DAMAGES

**NOW INTO COURT**, though undersigned counsel, comes La Carriers, LLC ("LA Carriers") and, for its Complaint for Damages, respectfully avers as follows:

I.

Plaintiff, LA Carriers, is a Louisiana Limited Liability Company that maintains its principal place of business in Cut Off, Louisiana.

II.

Defendant, Bordelon Marine, LLC, is a Louisiana Limited Liability Company that maintains its principal place of business in Lockport, Louisiana.

III.

This Honorable Court has jurisdiction over this matter pursuant to its admiralty and maritime jurisdiction, 28 U.S.C. § 1333.  Venue is proper in this Honorable Court pursuant to 28 U.S.C. §1391.

IV.

Plaintiff invokes the special procedures of Rule 9(H) of the Federal Rules of Civil Procedure.

V.

On or about, April 3, 2012, the defendant owned and operated a vessel named the M/V MARCELLE BORDELON.

VI.

On or about April 3, 2012, the plaintiff owned and operated a vessel named the M/V KAREN KOBY.  On or about April, 3, 2012, the KAREN KOBY was engaged in towing the STONE NAVIGATOR, a tank barge owned by John W. Stone Oil Distributor, LLC.

VII.

On or about April 3, 2012, the MARCELLE BORDELON struck the STONE NAVIGATOR while the vessels were on navigable waters at or near Port Fourchon, Louisiana.

VIII.

As a result of the MARCELLE BORDELON's collision with the STONE NAVIGATOR, plaintiff was required to incur costs associated with repair to the STONE NAVIGATOR and other expenses/damages to be proven at trial.

IX.

The aforesaid collision was caused solely as a result of the Defendant's negligence, violation of collision regulations, failure to comply with local navigation customs and/or usage, vessel unseaworthiness, improper navigation, lack of due care, lack of skill, lack of training, lack of attention, failure to properly maintain and/or utilize the MARCELLE BORDELON's propulsion system, failure to properly maintain and/or utilize the MARCELLE BORDELON's steering system failure, failure to properly maintain and/or utilize the MARCELLE BORDELON's engine system, and/or other failures, acts or omissions of the Defendant's vessel, MARCELLE BORDELON, and was not caused in any way by the plaintiff's vessel KAREN KOBY, her crew and/or her tow.

**WHEREFORE**, plaintiff, LA Carriers, LLC prays that this Complaint for Damages be deemed good and sufficient and that defendant, Bordelon Marine, LLC, be served with a copy of this complaint and be duly cited to appear and answer same and that after due proceedings are had, that there be a Judgment in favor of LA Carriers, LLC awarding compensation for the cost of damage and repair to the STONE NAVIGATOR and other damages to be proven at trial, as

well as legal interest from the date of judicial demand, all costs and attorney's fees incurred in connection with the prosecution of the instant matter, and for all general and equitable relief that the Court deems proper.

      Respectfully submitted,

      **FRILOT L. L.C.**

        /s/ R. Patrick Ray
      **PATRICK J. McSHANE, T.A. #19055**
      **DANICA C. BENBOW #27376**
      **R. PATRICK RAY # 33325**
      1100 Poydras Street, Ste. 3700
      New Orleans, LA 70163-3700
      Telephone: (504) 599-8000
      Facsimile: (504) 599-8100
      **Attorneys for LA Carriers, LLC**

**NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS WILL BE SERVED UPON DEFENDANT, BORDELON MARINE, LLC.**